PER CURIAM.
 

 Because the notice of appeal was not timely filed, we dismiss this appeal for lack of jurisdiction. However, in light of appellant’s allegation that she did not timely
 
 *273
 
 receive notice of entry of the agency’s final order, this disposition is without prejudice to appellant’s right to petition the agency to vacate and re-enter that order.
 
 See Reyes v. Florida Unemployment Appeals Comm’n,
 
 12 So.3d 1292 (Fla. 1st DCA 2009);
 
 W.T. Holding, Inc. v. State Agency for Health Care Admin.,
 
 682 So.2d 1224 (Fla. 4th DCA 1996).
 

 ALLEN, DAVIS, and PADOVANO, JJ„ concur.